# EXHIBIT E

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | TEXAS WESTERN | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 10,547 | 9,463 | 8,996 | 9,536 | 8,647 | 8,268 | | |
| | Terminations | | 10,256 | 9,141 | 9,312 | 9,183 | 8,171 | 8,240 | | |
| | Pending | | 5,492 | 5,226 | 4,911 | 5,247 | 4,951 | 4,522 | | |
| | % Change in Total Filings | Over Last Year | 11.5 | | | | | | 13 | 1 |
| | | Over Earlier Years | | | 17.2 | 10.6 | 22.0 | 27.6 | 5 | 2 |
| | Number of Judgeships | | 13 | 13 | 13 | 13 | 13 | 13 | | |
| | Vacant Judgeship Months** | | .0 | .0 | .0 | .0 | .0 | 12.4 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 811 | 729 | 692 | 734 | 665 | 636 | 5 | 1 |
| | | Civil | 243 | 246 | 247 | 286 | 251 | 256 | 69 | 9 |
| | | Criminal Felony | 471 | 393 | 361 | 379 | 354 | 324 | 1 | 1 |
| | | Supervised Release Hearings** | 97 | 90 | 84 | 69 | 60 | 56 | 4 | 1 |
| | Pending Cases | | 422 | 402 | 378 | 404 | 381 | 348 | 26 | 4 |
| | Weighted Filings** | | 688 | 650 | 629 | 687 | 632 | 617 | 4 | 2 |
| | Terminations | | 789 | 703 | 716 | 706 | 629 | 634 | 5 | 3 |
| | Trials Completed | | 27 | 28 | 25 | 26 | 27 | 22 | 22 | 2 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 5.0 | 5.0 | 5.3 | 5.0 | 5.3 | 5.0 | 5 | 2 |
| | | Civil** | 8.3 | 7.5 | 9.5 | 9.3 | 8.0 | 9.5 | 31 | 3 |
| | From Filing to Trial** (Civil Only) | | 18.0 | 15.8 | 14.6 | 16.5 | 16.4 | 16.5 | 12 | 2 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 39 | 54 | 76 | 46 | 42 | 37 | | |
| | | Percentage | 1.6 | 2.3 | 2.9 | 1.7 | 1.7 | 1.5 | 5 | 1 |
| | Average Number of Felony Defendants Filed Per Case | | 1.2 | 1.2 | 1.3 | 1.2 | 1.3 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 23.86 | 47.14 | 55.40 | 49.19 | 47.36 | 34.68 | | |
| | | Percent Not Selected or Challenged | 40.4 | 41.1 | 46.5 | 42.0 | 39.5 | 40.6 | | |

| 2008 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 3165 | 162 | 97 | 1017 | 146 | 44 | 142 | 373 | 192 | 218 | 472 | 3 | 299 |
| Criminal* | 6110 | 1360 | 485 | 3549 | 235 | 187 | 38 | 74 | 35 | 16 | 25 | 60 | 46 |

\*   Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **TEXAS EASTERN** | | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 3,498 | 3,873 | 3,658 | 3,583 | 3,860 | 4,072 | | |
| | Terminations | | 3,679 | 3,572 | 3,623 | 3,538 | 4,243 | 3,487 | | |
| | Pending | | 3,179 | 3,352 | 3,079 | 3,035 | 2,983 | 3,358 | | |
| | % Change in Total Filings | Over Last Year | -9.7 | | | | | | 84 | 6 |
| | | Over Earlier Years | | -4.4 | -2.4 | -9.4 | -14.1 | | 66 | 5 |
| | Number of Judgeships | | 8 | 8 | 8 | 8 | 8 | 8 | | |
| | Vacant Judgeship Months** | | .0 | .0 | .0 | .0 | 9.1 | 4.2 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 437 | 484 | 457 | 448 | 483 | 509 | 40 | 5 |
| | | Civil | 358 | 403 | 375 | 376 | 411 | 431 | 30 | 3 |
| | | Criminal Felony | 79 | 81 | 82 | 72 | 71 | 77 | 37 | 3 |
| | | Supervised Release Hearings** | 0 | 0 | 0 | 0 | 1 | 1 | - | - |
| | Pending Cases | | 397 | 419 | 385 | 379 | 373 | 420 | 37 | 6 |
| | Weighted Filings** | | 616 | 674 | 550 | 511 | 518 | 529 | 7 | 3 |
| | Terminations | | 460 | 447 | 453 | 442 | 530 | 436 | 33 | 6 |
| | Trials Completed | | 24 | 18 | 21 | 21 | 21 | 26 | 30 | 4 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 9.6 | 8.7 | 9.2 | 8.3 | 8.4 | 7.5 | 57 | 6 |
| | | Civil** | 9.2 | 9.0 | 9.0 | 10.3 | 6.5 | 10.9 | 55 | 5 |
| | From Filing to Trial** (Civil Only) | | 18.5 | 18.0 | 17.7 | 15.9 | 15.4 | 17.0 | 14 | 3 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 76 | 41 | 80 | 64 | 47 | 41 | | |
| | | Percentage | 2.9 | 1.5 | 3.2 | 2.6 | 1.9 | 1.4 | 18 | 5 |
| | Average Number of Felony Defendants Filed Per Case | | 1.9 | 1.8 | 1.6 | 1.7 | 1.7 | 1.7 | | |
| | Jurors | Avg. Present for Jury Selection | 34.53 | 40.26 | 36.89 | 34.27 | 33.92 | 32.49 | | |
| | | Percent Not Selected or Challenged | 36.7 | 35.5 | 30.1 | 30.2 | 32.5 | 33.5 | | |

**2008 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE**

| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 2866 | 129 | 136 | 1109 | 33 | 29 | 81 | 390 | 185 | 358 | 204 | 8 | 204 |
| Criminal* | 621 | 19 | 150 | 89 | 117 | 100 | 21 | 39 | 13 | 19 | 13 | 14 | 27 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

# Nature of Suit/Offense Codes

| **CIVIL CODES** | **CRIMINAL FELONY CODES** |
|---|---|
| **A** Social Security | **A** Marijuana |
| **B** Personal Injury/Product Liability | **B** All Other Drugs |
| **C** Prisoner Petitions | **C** Immigration |
| **D** Forfeitures and Penalties and Tax Suits | **D** Firearms and Explosives |
| **E** Real Property | **E** Fraud |
| **F** Labor Suits | **F** Violent Offenses |
| **G** Contracts | **G** Sex Offenses |
| **H** Torts(other than Personal/Injury/Product Liability) | **H** Forgery and Counterfeiting |
| **I** Copyright, Patent, and Trademark | **I** Larceny and Theft |
| **J** Civil Rights | **J** Justice System Offenses |
| **K** Antitrust | **K** Regulatory Offenses |
| **L** All Other Civil | **L** All Other Criminal Felony Cases |